IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Chief Judge Marcia S. Krieger

Criminal Action No. 13-cr-00435-MSK

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     RAMIRO REYES-MARQUEZ;
     a/k/a Jesus Reyes-Marquez;
     a/k/a Ramiro Marquez,

        Defendant.

_____

## ORDER OF TRANSFER
_____

THIS MATTER comes before the Court *sua sponte*. It appears this matter is subject to reassignment pursuant to D.C.COLO.LCrR 50.1.A. Accordingly,

**IT IS THEREFORE ORDERED** that this case is hereby transferred to the Honorable Robert E. Blackburn. The Clerk shall effect such transfer.

DATED this 19th day of December, 2013.

                                                 **BY THE COURT:**

                                                 Marcia S. Krieger
                                                 Chief United States District Judge